UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA IRIS HERRERA DUARTE,<br>Plaintiff,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Defendants. | Case No. 26-cv-12583-VC<br><br>**ORDER GRANTING TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 5 |

Herrera Duarte's motion for a temporary restraining order is granted. On this record, there appear to be serious irregularities regarding the date of reinstatement of the removal order, which give rise to serious questions as to the lawfulness of Herrera Duarte's detention. And the remaining three *Winter* factors cut sharply in favor of the Herrera Duarte. *See Alliance for the Wild Rockies v. Pena*, 865 F.3d 1211, 1217 (9th Cir. 2017).

The government is ordered to release Herrera Duarte from custody today. The government is enjoined and restrained from re-detaining Herrera Duarte without providing her with a pre-deprivation hearing before a neutral decisionmaker. Should the government choose to conduct such a hearing, it is ordered to provide Herrera Duarte with reasonable advance notice of the time and place of the hearing. The government shall provide a status report confirming Herrera Duarte's release by no later than November 7, 2026 at 5:00pm.

This order shall remain in effect until November 20, 2026. The government is ordered to show cause within 7 days of today as to why a preliminary injunction should not issue. Herrera Duarte is ordered to reply 4 days thereafter. In these briefs, the parties are directed to address whether an evidentiary hearing is necessary. A hearing on the order to show cause is scheduled for

November 19, 2026 at 10:00am in San Francisco, Courtroom 03, 17th Floor before Judge Vince Chhabria.

**IT IS SO ORDERED.**

Dated: November 6, 2026

VINCE CHHABRIA
United States District Judge