UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA IRIS HERRERA DUARTE,<br>Plaintiff,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Defendants. | Case No. 26-cv-12583-VC<br><br>**ORDER ISSUING PRELIMINARY INJUNCTION AND ORDERING IDENTIFICATION OF ICE AGENTS** |

At the November 19 hearing on the order to show cause, the government conceded that the petitioner was unlawfully detained. Accordingly, the Court intends to issue a written ruling granting the habeas petition. In the meantime, the government is enjoined and restrained from re-detaining Herrera Duarte without providing her with a predeprivation hearing before a neutral decisionmaker. Should the government choose to conduct such a hearing, it is ordered to provide Herrera Duarte with reasonable advance notice of the time and place of the hearing.

Additionally, the government is ordered to file a letter within seven days that identifies the names of all ICE officers involved in the petitioner's arrest.

**IT IS SO ORDERED.**

Dated: November 20, 2026

VINCE CHHABRIA
United States District Judge